AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:24-mj-30 | Date and time warrant executed: 1/19/24  4:30 pm | Copy of warrant and inventory left with: Apple |

Inventory made in the presence of: Apple

Inventory of the property taken and name of any person(s) seized:

Icloud information

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/23/24

Casey Uhler
Executing officer's signature

Casey Uhler, Special Agent
Printed name and title